UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DI'JON Q. STOCKER,<br><br>        Plaintiff<br> v.<br>STATE OF NEVADA, et al.,<br><br>        Defendants | Case No. 3:24-cv-00043-MMD-CLB<br><br>ORDER<br><br>(ECF No. 1) |

  Pro se plaintiff Di'Jon Stocker brings this action under 42 U.S.C. § 1983 to redress constitutional violations that he allegedly suffered while incarcerated at Ely State Prison. According to the Nevada Department of Corrections inmate database, Plaintiff has been released and is not at the address listed with the Court. But Plaintiff has not filed his updated address as required by Nevada Local Rule IA 3-1. And Plaintiff's application to proceed *in forma pauperis* for inmate is moot because he is no longer incarcerated.

  It is therefore ordered that Plaintiff has **until November 14, 2024**, to file his updated address with the Court.

  It is further ordered that Plaintiff's application to proceed *in forma pauperis* for inmate (ECF No. 1) is denied as moot.

  It is further ordered that Plaintiff has **until November 14, 2024**, to either file a fully complete application to proceed *in forma pauperis* for non-inmates or pay the full $405 filing fee for this civil action.

  It is further ordered that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order.

  The Clerk of the Court is directed to send Plaintiff the approved form application to proceed *in forma pauperis* for non-inmates and instructions for filing the same.

  DATED THIS 15th day of October 2024.

UNITED STATES MAGISTRATE JUDGE